187 So. 873

**HILL v. STATE.**

**7 Div. 563.**

Supreme Court of Alabama.

April 6, 1939.

540

John R. Robinson, of Ashville, for petitioner.

Thos. S. Lawson, Atty. Gen., opposed.

BROWN, Justice.

The petition seeks to review the Court of Appeals on a conclusion of fact and the application of the law thereto.

As repeatedly ruled, this is beyond the limit of review by the common-law writ of certiorari. Postal Tel.-Cable Co. v. Minderhout, 195 Ala. 420, 71 So. 91.

The writ is therefore denied.

ANDERSON, C. J., and THOMAS and KNIGHT, JJ., concur.